Form 12B

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. GEORGE TELFORD

Docket No. 3:03CR00019(RNC)

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

2005 JAN 25 P 2: 02

U.S. DISTRICT COURT

**COMES NOW,** Michael E. Sheehan, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of GEORGE TELFORD who was sentenced to the custody of the Attorney General for a term of 12 months and 1 day to be followed by a term of 3 years supervised release for a violation of 18 U.S.C. Section 1029(a)(3) by the Honorable Robert N. Chatigny sitting in the court in Hartford, Connecticut, Connecticut on April 6, 2004, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special conditions and terms as follows:

1) The defendant will participate in a program of substance abuse monitoring, counseling, and treatment under the direction of the United States Probation Office, 2) The defendant will participate in a program of mental health evaluation, counseling, and treatment under the direction of the United States Probation Office; and 3) The defendant will pay restitution in total amount of $47,917.63. Restitution in the amount of $47,493 will be paid to Progressive Insurance Company, Attention: Joseph Solnosky, 6300 Wilson Mills Road, Mayfield Village, Ohio 44143; and $424.63 will be paid to CitiCorp Credit Services, Inc., Fraud Investigations, 14700 Citicorp Drive, Hagerstown, Maryland 21742. Restitution will be paid at the rate of $100 per month while on supervised release, at the conclusion of supervised release, any remaining balance will be converted to a civil judgment.

GEORGE TELFORD began supervision on APRIL 13, 2004 and is being supervised by the U.S. Probation Office in the District of South Carolina.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Per the Judgment, the defendant has been submitting monthly restitution payments directly to the victims. The U.S. Probation Office in the District of South Carolina requests that the Court modify the special condition, requiring the payments to be sent directly to the Clerk's Office in the District of Connecticut.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for years, for a total term of years.
■ To modify the conditions of supervision as follows:

The defendant shall submit restitution payments directly to the Clerk of Court, District of Connecticut, 141 Church Street, New Haven, Connecticut 06510.

Counsel for the defendant has been notified and concurs. A signed Waiver of Hearing to Modify Conditions is attached.

**ORDER OF COURT**

Considered and ordered this 25 day of January, 2005 and ordered filed and made a part of the records in the above case.

The Honorable Robert N. Chatigny
Chief United States District Judge

Respectfully Submitted,

Michael E. Sheehan
Supervising United States Probation Officer

Place: Hartford, Connecticut

Date: 1/25/05

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Connecticut

## Waiver of Hearing to Modify Conditions
## of Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

Restitution will no longer be paid directly to the victim, but will be paid through the U.S. Clerk of Court at the following mailing address:
U.S. Clerk of Court
141 Church Street
New Haven, Connecticut 06510

Witness: _____
Ronald L. Gambrell
U.S. Probation Officer

Signed: _____
George Telford
Supervised Releasee

January 11, 2005
Date

(Form Revised in WP80 by D/SC-9/97)